UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL L. OVERTON, C47370,<br><br>Petitioner. | Case No. 19-cv-07468-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

     This civil action for a writ of mandate by a state prisoner was filed on November 13, 2019. The court notified petitioner in writing at that time that the action was deficient because he did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved <u>in forma pauperis</u> (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. <u>See</u> 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

     More than 28 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

     The clerk is instructed to close the file.

     **IT IS SO ORDERED**.

Dated: 01/06/2020

CHARLES R. BREYER
United States District Judge